36965.   KIDD *v.* MAYOR &c. OF MILLEDGEVILLE.

FELTON, Chief Judge.   An action for a declaratory judgment will not lie in favor of a municipality to determine the ownership of land allegedly lying within a 100-foot street right-of-way of which the municipality claims control and jurisdiction equivalent to fee-simple title, and to determine whether or not a landowner is encroaching upon such right-of-way, as the municipality had a clear and adequate remedy at law. *Bright* v. *City of Washington,* 95 *Ga. App.* 84 (97 S. E. 2d 163).
The court erred in overruling the general demurrer to the petition.
*Judgment reversed.   Quillian and Nichols, JJ., concur.*
DECIDED FEBRUARY 5, 1958.

*Wilbur B. Nall, W. George Thomas,* for plaintiff in error.
*Robert H. Herndon,* contra.